In the Matter of David G. Pollock, Appellant, against Board of Regents of the University of the State of New York, Respondent.—

All concur.